UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
SANOFI-AVENTIS DEUTSCHLAND GmbH,  :

        Plaintiff,              :    09 Civ. 05651 (PKC)

        v.                  :    ECF Case

NOVO NORDISK INC.,              :

        Defendant.            :
------------------------------X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sanofi-Aventis Deutschland GmbH and Defendant Novo Nordisk Inc., by and through their respective counsel, stipulate and agree to the voluntary dismissal with prejudice of this consolidated action, including all claims asserted in *Novo Nordisk Inc. v. Sanofi-Aventis Deutschland GmbH*, No. 09 Civ. 00047 (S.D.N.Y.), and *Sanofi-Aventis Deutschland GmbH v. Novo Nordisk Inc.*, No. 09 Civ. 05651 (S.D.N.Y.), with prejudice, and without costs to either party.

FITZPATRICK, CELLA, HARPER &  
SCINTO LLP  

By: _____  
William E. Solander  
Brian D. O'Reilly  
30 Rockefeller Plaza  
New York, New York 10112  
(212) 218-2100  

*Attorneys for Plaintiff*  
*Sanofi-Aventis Deutschland GmbH*  

Dated: January 7, 2010

SULLIVAN & CROMWELL LLP  

By: _____  
David B. Tulchin (DT-5557)  
Marc De Leeuw (MD-2166)  
125 Broad Street  
New York, New York 10004  
(212) 558-4000  

*Attorneys for Defendant*  
*Novo Nordisk Inc.*  

SO ORDERED:

_____  
P. Kevin Castel U.S.D.J.